**916**

Timothy S. Crom, Matthew P. Bandt, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for relators.

Michael J. Patera, MacMillan, Wallace, Athanases & Patera, P.A., Minneapolis, MN, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 29, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT

/s/David R. Stras
Associate Justice

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 18, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT

/s/Christopher J. Dietzen
Associate Justice

### Richard D. DRURY, Relator,

v.

### YRC INTERNATIONAL, f/k/a Roadway Express, Self–Insured/Gallagher Bassett Services, Inc., Respondent.

No. A11–0924.

Supreme Court of Minnesota.

Sept. 29, 2011.

Gregg B. Nelson, Nelson Law Office, Inver Grove Heights, MN, for relator.

### ENGINEERING & CONSTRUCTION INNOVATIONS, INC., Appellant,

v.

### L.H. BOLDUC CO., INC., Respondent,

The Travelers Indemnity Company of Connecticut, Respondent.

No. A11–159.

Court of Appeals of Minnesota.

Sept. 6, 2011.